VERIZON BUSINESS NETWORK SERVICES, INC., Plaintiff–Appellee,

v.

Diana DAY–CARTEE, Defendant–Appellant.

No. 09–60407.

United States Court of Appeals, Fifth Circuit.

May 26, 2010.

Charles P. Scheeler, DLA Piper, L.L.P., Baltimore, MD, Michael Brunson Wallace,

---

Wise Carter Child & Caraway, Jackson, MS, for Plaintiff–Appellee.

Brenda B. Bethany, Daniel, Coker, Horton & Bell, Jackson, MS, for Defendant–Appellant.

Before GARWOOD, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

This dispute centers on whether defendant Diana Day–Cartee must indemnify plaintiff Verizon Business Network Services, Inc. ("Verizon"), for withholding-tax liability arising from a transfer of stock options. Day–Cartee appeals a summary judgment directing her to pay more than $2.5 million to Verizon.

The issue of tax liability is pending in the United States Tax Court. This case should not proceed until the tax issue has been determined. Accordingly, we vacate the summary judgment and remand to the district court (in which the magistrate judge is sitting by consent). We instruct the district court to stay the case awaiting a decision by the Tax Court. We note that the district court will have jurisdiction once the Tax Court has ruled on the merits of the tax dispute.

The judgment is VACATED and REMANDED. We express no view on the ultimate merits of the case or on what rulings the district court should make on remand.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.